IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELIA M. AYOTTE, | ) |
| Plaintiff, | ) |
| v. | ) No. 18-CV-11623 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER REMANDING CASE UNDER SENTENCE FOUR

Pursuant to Defendant's assented-to motion to remand this case under sentence four of 42 U.S.C. § 405(g), this Court hereby orders that the case be remanded to the Commissioner for further administrative proceedings.

On remand, the Commissioner's Appeals Council will remand this case to an ALJ with instructions to offer the Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

_____
F. DENNIS SAYLOR, IV
United States District Judge

Date: 2-1-2019